

# ICC EVALUATION SERVICE

## ICC-ES Report

ICC-ES | (800) 423-6587 | (562) 699-0543 | www.icc-es.org

### ESR-2931

Reissued 01/2016
This report is subject to renewal 01/2018.

DIVISION: 07 00 00—THERMAL AND MOISTURE PROTECTION
SECTION: 07 24 00—EXTERIOR INSULATION AND FINISH SYSTEMS

REPORT HOLDER:

## DRYVIT SYSTEMS, INC.

ONE ENERGY WAY
WEST WARWICK, RHODE ISLAND 02893

EVALUATION SUBJECT:

## DRYVIT PREFABRICATED FOAM PLASTIC FORMED SHAPES



Look for the trusted marks of Conformity!

*"2014 Recipient of Prestigious Western States Seismic Policy Council (WSSPC) Award in Excellence"*



A Subsidiary of INTERNATIONAL CODE COUNCIL®





*ICC-ES Evaluation Reports are not to be construed as representing aesthetics or any other attributes not specifically addressed, nor are they to be construed as an endorsement of the subject of the report or a recommendation for its use. There is no warranty by ICC Evaluation Service, LLC, express or implied, as to any finding or other matter in this report, or as to any product covered by the report.*

Copyright © 2016 ICC Evaluation Service, LLC.  All rights reserved.



## ICC-ES Evaluation Report

### ESR-2931

*Reissued January 2016*
*Revised February 2016*
*This report is subject to renewal January 2018.*

www.icc-es.org | (800) 423-6587 | (562) 699-0543 — *A Subsidiary of the International Code Council®*

---

**DIVISION: 07 00 00—THERMAL AND MOISTURE PROTECTION**
**Section: 07 24 00—Exterior Insulation and Finish Systems**

**REPORT HOLDER:**

**DRYVIT SYSTEMS, INC.**
**ONE ENERGY WAY**
**WEST WARWICK, RHODE ISLAND 02893**
**(401) 822-4100**
www.dryvit.com
bill.preston@dryvit.com

**EVALUATION SUBJECT:**

**DRYVIT PREFABRICATED FOAM PLASTIC FORMED SHAPES**

## 1.0 EVALUATION SCOPE

**Compliance with the following codes:**

- 2015 and 2012 *International Building Code®* (IBC)
- 2015 and 2012 *International Residential Code®* (IRC)

**Properties evaluated:**

- Physical properties
- Weather resistance
- Ignition resistance
- Surface-burning characteristics
- Exterior walls in Types I through IV construction

## 2.0 USES

Dryvit Prefabricated Foam Plastic Formed Shapes are used as decorative trim adhered to exterior walls of buildings of any construction type.

## 3.0 DESCRIPTION

### 3.1 General:

Dryvit Prefabricated Foam Plastic Formed Shapes are EPS shapes that are prefabricated and coated with a polymer-based cementitious base coating at an EPS molding manufacturer's facility. Once shipped to the jobsite, base-coated shapes are adhesively applied to exterior wall substrates as described in Section 3.2.5 and a finish coating is applied. The shapes are limited to those shown in Figure 1 of this report.

### 3.2 Material:

#### 3.2.1 EPS Insulation Boards:

EPS insulation boards are one of the following:

a. EPS insulation boards complying with ASTM C578, Type I, and ASTM E2430, having a flame spread index of 25 or less and a smoke developed index of 450 or less when tested in accordance with ASTM E84 or UL723, and recognized in a current ICC-ES evaluation report.

b. Foam-Control EPS Boards, Type I – WSG, by AFM (ESR-1006).

c. Staccato EIFS, by Falcon Foam (ESR-1962).

#### 3.2.2 BaseCoat:
The base coating consists of a two-part, polymer-based, cementitious material (Shape Base and Shape Admixture). The factory-applied base coating provides an exterior surface that is ready for a field-applied finish.

#### 3.2.3 Dryvit Shape Mesh:
Dryvit Shape mesh is a glass fiber mesh, weighing 3.6 oz/yd$^2$, that is applied to the prefabricated foam plastic formed shapes in the factory.

#### 3.2.4 Dryvit Adhesive:
The adhesives used to apply the foam plastic shapes consist of Dryvit Primus, Genesis or Genesis DM. The Dryvit adhesives are used to adhere the prefabricated foam plastic formed shapes to the substrates described in Section 3.2.5. Primus, an acrylic-polymer product, and Genesis, a fiber-reinforced, acrylic-modified product, are both wet materials packaged in 60-pound (27.2 kg) pails and mixed with Type I or Type II Portland cement complying with ASTM C150 in a 1:1 ratio by weight. Genesis DM, a fiber-reinforced dry mix material, is packaged in 50-pound (22.7 kg) bags and is mixed with clean potable water.

The adhesive mixture is applied to the backside of the foam plastic formed shape with a notched trowel with 9.5-millimeter-wide ($^3/_8$ inch), 12.7-millimeter-deep ($^1/_2$ inch) notches spaced 38 millimeters (1$^1/_2$ inches) apart. The adhesive must be applied in accordance with the manufacturer's published installation instructions.

The wet products have a shelf life of two years and the dry products have a shelf life of one year when protected from extreme heat and freezing for extended periods. Storage temperatures must be within the range of 40°F to 120°F (4.4°C to 48.9°C).

#### 3.2.5 Exterior Wall Substrates:
Dryvit Prefabricated Foam Plastic Formed Shapes are attached to the

---

*ICC-ES Evaluation Reports are not to be construed as representing aesthetics or any other attributes not specifically addressed, nor are they to be construed as an endorsement of the subject of the report or a recommendation for its use. There is no warranty by ICC Evaluation Service, LLC, express or implied, as to any finding or other matter in this report, or as to any product covered by the report.*

Copyright © 2016 ICC Evaluation Service, LLC. All rights reserved.



substrates listed below. When attachment is to Dryvit EIFS, the thickness of the EPS within the EIFS substrate must not exceed 4 inches (101.6 mm).

a. Dryvit EIFS recognized in an ICC-ES evaluation report.

b. Concrete-masonry complying with the code.

c. Brick masonry complying with the code.

d. Precast concrete complying with the code.

e. Exterior plaster complying with the code.

## 4.0 DESIGN AND INSTALLATION

### 4.1 Exterior Wall Surface Preparation:

The substrate must be securely fastened per contract documents. The substrate attachment method must comply with all contract documents. The substrate must be clean, dry, structurally sound, and free of loose material, voids, projections, hot spots, release agents, coatings, or other materials that may affect adhesion.

### 4.2 Dryvit Prefabricated Foam Plastic Formed Shapes Application:

The Dryvit Prefabricated Foam Plastic Formed Shapes must be installed in accordance with the manufacturer's instructions, DS854, and the applicable code.

### 4.3 Finish Coating Application:

The Dryvit Finish must be prepared and mixed in accordance with Dryvit's application instructions [refer to the Dryvit data sheets for the appropriate product (www.dryvit.com)]. Dryvit finish must be applied with the desired finish pattern being no thicker than the size of the largest aggregate of the material. The finish coat must be allowed to cure at least three days prior to application of sealant.

## 5.0 CONDITIONS OF USE

The Dryvit Prefabricated Foam Plastic Formed Shapes described in this report comply with, or are suitable alternatives to what is specified in, those codes listed in Section 1.0 of this report, subject to the following conditions:

**5.1** Installation must comply with this report, the manufacturer's published application instructions, installation details and the applicable code. In the event of a conflict between the manufacturer's instructions and this report, this report governs.

**5.2** Dryvit Prefabricated Foam Plastic Formed Shapes must be installed by contractors listed by Dryvit Systems, Inc.

**5.3** The Dryvit Prefabricated Foam Plastic Formed Shapes must be separated from the building interior with a thermal barrier complying with the applicable code.

**5.4** The Dryvit Prefabricated Foam Plastic Formed Shapes are limited to the sizes specified in Section 3.1 and Figure 1 of this report.

**5.5** The Dryvit Prefabricated Foam Plastic Formed Shapes are limited to a maximum 15 percent of the specific wall area to which they are attached.

## 6.0 EVIDENCE SUBMITTED

**6.1** Reports of physical properties testing for salt spray, tensile bond strength, freeze-thaw, water resistance and accelerated weathering in accordance with AC219 and Table 1 of ASTM E2658.

**6.2** Reports of tests in accordance with, ASTM E84 (UL 723), NFPA 285 and NFPA 268.

## 7.0 IDENTIFICATION

Each Dryvit Prefabricated Foam Plastic Formed Shape covered by this report is labeled with the manufacturer's name (Lutz Company or Acrocore Exterior Moldings LLC) and address, the product name (Dryvit), and the evaluation report number (ESR-2931).

Each container of Dryvit adhesive is labeled with the manufacturer's name (Dryvit Systems, Inc.) and address, the product name (Dryvit Prefabricated Foam Plastic Formed Shapes Primus, Genesis or Genesis DM), and the evaluation report number (ESR-2931).

EIFS finish components, when used, are labeled in accordance with the ICC-ES evaluation report for the EIFS system.

**ESR-2931** | *Most Widely Accepted and Trusted*



For **SI:** 1 inch = 25.4 mm

[1]The 16-by-24-inch shape shall only be applied to a wall assembly covered by a maximum $^1/_2$-inch thickness of EPS.

**FIGURE 1—TYPICAL SHAPES[1]**