# BASE COAT APPLICATION FOR MACHINE-COATED DRYVIT EPS SHAPES    DS807

**Drymix, Liquid Admixture and Reinforcing Mesh**

**Description**
The base coat application for machine-coated Dryvit EPS Shapes combines Shape Mesh and a two-part, polymer-based, cementitious material (Shape Base and Shape Admixture) formulated for optimal flow in producing prefabricated shapes and starter pieces. The resultant base coat dries smooth, is highly flexible and is ready for finish application.

**Packaging**
- Shape Base: packaged in 50 lb (22.7 kg) bags
- Shape Admixture: 17 kg (37.4 lbs) packaged in 5 gal (19 L) pails
- Shape Mesh: packaged in rolls measuring 48 in wide x 150 lin ft (1.2 m x 46 m) colored blue for product identification

**Coverage**
- Shape mixture (one bag of Shape Base and 9.4 lbs (4.25 kg) of Shape Admixture): 40 ft$^2$ (3.7 m$^2$) (will vary depending on production process)
- Shape Mesh: 600 ft$^2$ (55.7 m$^2$) per roll

**Working Time**
Since the shapes are coated in a controlled environment, the mixture has been designed with a minimum 1 hour pot life. Working time can be extended with the addition of the Shape Extender (contact Dryvit Systems, Inc.).

**Drying Time**
The drying time is dependent on air temperature, relative humidity and application thickness. Under average drying conditions [70 °F (21 °C), 65% RH] and thickness, the coating will dry in 24 hours.

**Mixing**
Weigh 9.4 lbs (4.25 kg) of the Shape Admixture. If a scale is not available, on the inside of a clean plastic 5 gal (18.9 L) Dryvit pail, draw a horizontal line which measures 3 in (75 mm) from the base of the pail and pour the Shape Admixture to the line. Using a "Twister" paddle or equivalent, add 1 bag, 50 lbs (22.7 kg), of Shape Base slowly until a homogenous consistency is achieved. Continue mixing for 4 minutes or until the material is lump free. Let mixture set for 5 minutes and then mix again to break the set. The mixture is then ready for use. Do _not_ add water into the mix at any stage. Workability may be controlled by slightly varying the amount of Shape Admixture.

**Preparation of Shapes**
- EPS shall be obtained from a Dryvit approved EPS supplier.
- The maximum thickness of EPS shall be 13 in (330 mm).
- All exposed top edges of the shape shall be sloped minimum 6:12 (27º) for positive drainage.
- Ensure shapes are at room temperature, are clean, dry and free of any conditions that might interfere with adhesion of the mesh or base material.

**NOTE: Shape Mesh is designed for optimal workability and tack at room temperature 70ºF (21ºC). Application temperatures significantly different may affect workability characteristics.**
- Shape Mesh shall be applied over the shape extending the mesh a minimum of 2 1/2 in (64 mm) to the backside of the shape.
- The shape shall be placed through the extrusion process and the wet shape mixture applied. A two-pass application is recommended.
- Allow the coated shape to dry a minimum of 24 hours before handling.
- Indirect fans may be used to circulate air and accelerate drying.
- Do _not_ heat dry.

**Clean Up**
Clean tools and equipment with water while the material is still wet.

**Storage**
- **Shape Base** bags must be protected from moisture and weather. The bags shall be stored off the ground in a cool dry location out of direct sunlight. If the Shape Base is warm or hot, the pot life of the mixture will be reduced. The shelf life is 1 year from the date of manufacture when properly stored in unopened bags.
- **Shape Admixture** must be stored at 40 ºF (4 ºC) or above in tightly sealed containers out of direct sunlight.
- **Shape Mesh** shall be stored at 40 ºF (4 ºC) or above, protected from moisture and weather and stored off the ground in a cool dry location out of direct sunlight.

**Cautions and Limitations**
- Shape length shall not exceed 4 ft – 0 in (1.2 m).
- The maximum thickness of EPS shall be 13 in (330 mm).
- While drying, the prepared shape shall not be exposed to the formation of dew on its surface.
- The shape mixture and Shape Mesh are not designed for use as an adhesive or base coat for any Dryvit system.
- The Shape Base, Admixture and Mesh are intended for use in a molding manufacturer's location only. They are not designed nor intended to be applied by trowel, or field applied on the jobsite.

**Warranty**
When used as part of a Dryvit system, the Dryvit EPS Shapes are warranted for the length of the Dryvit system installed. The molding manufacturer is responsible for the proper application of the materials. Dryvit shall not be liable for errors or defects in the molding and application process. The sole remedy for defective material shall be for Dryvit to supply a replacement amount of material or to refund the purchase price at Dryvit's option. Dryvit shall not be liable for incidental or consequential damages. **Dryvit makes no other warranties expressed or implied**. Contact Dryvit Systems, Inc. for full details.

**Technical and Field Services**
Available upon request.

## Testing

| TEST | TEST METHOD | CRITERIA | RESULTS |
|---|---|---|---|
| **Accelerated Weathering** | ASTM G 155 Cycle 1 | No deleterious effects after 2000 hours | Pass |
| **Freeze-Thaw** | ASTM E 2485 | No deleterious effects after 10 cycles | Pass |
| **Water Resistance** | ASTM D 2247 | No deleterious effects after 14 days exposure | Pass |
| **Salt Spray Resistance** | ASTM B 117 | No deleterious effects after 300 hours exposure | Pass |
| **Tensile Bond** | ASTM C 297 | Minimum 15 psi | Pass |
| **Shear Strength** | ASTM C 482 | EPS cohesive failure | Pass |
| **Surface Burning Characteristics** | ASTM E 84 | Flame Spread < 25  Smoke Developed < 450 | Flame Spread Index: 5  Smoke Developed Index: 15 |
| **Ignitability** | NFPA 268 | No ignition at 12.5 kw/m$^2$ at 20 minutes | Passed |
| **Intermediate Scale Multi-Story Fire Test** | NFPA 285 | Resist flame propagation | Passed |

Dryvit Systems, Inc.
One Energy Way
West Warwick, RI  02893
800-556-7752
www.dryvit.com

Information contained in this product sheet conforms to the standard detail recommendations and specifications for the installation of Dryvit Systems, Inc. products as of the date of publication of this document and is presented in good faith. Dryvit Systems, Inc. assumes no liability, expressed or implied, as to the architecture, engineering or workmanship of any project or the application of these materials. To ensure that you are using the latest, most complete information, contact Dryvit Systems, Inc.

For more information on Dryvit Systems or Continuous Insulation, visit these links.



Printed in USA.  Issued 06-15-15
©Dryvit Systems, Inc. 2009