# OUTSULATION®



**An Exterior Wall Insulation and Finish System**
**That Incorporates Continuous Insulation**

**DS107**

# Outsulation System
# Installation Details

# TABLE OF CONTENTS

## DETAIL

| | |
|---|---|
| OUTSULATION SYSTEM | OS 0.0.01 |
| OUTSULATION SYSTEM STARTER BOARD OPTION | OS 0.0.01a |
| OPENING PREPARATION- AQUAFLASH® SYSTEM OPTION | OS 0.0.02 |
| INSIDE/OUTSIDE CORNERS | OS 0.0.03 |
| OUTSIDE CORNER - HIGH IMPACT | OS 0.0.04 |
| GRADE TERMINATION | OS 0.0.05 |
| TERMINATION AT CONCRETE CURB | OS 0.0.06 |
| TERMINATION AT ADA COMPLIANT SIDEWALK | OS 0.0.07 |
| EPS PREPARATION AT WALL PENETRATIONS | OS 0.0.08 |
| PREPARATION OF OPENING FOR STOREFRONT WINDOW | OS 0.0.09 |
| PREPARATION OF OPENING FOR NAIL-ON WINDOW | OS 0.0.10 |
| WINDOW HEAD | OS 0.0.11 |
| TERMINATION AT WOOD FRAMED DECK | OS 0.0.12 |
| TERMINATION AT WATERPROOF DECK | OS 0.0.13 |
| PREPARATION AT PARAPET/ WALL INTERSECTION | OS 0.0.14 |
| TERMINATION AT PARAPET - CAP FLASHING | OS 0.0.15 |
| TERMINATION AT PARAPET - SOLID SUBSTRATE | OS 0.0.16 |
| TERMINATION AT SLOPED ROOF | OS 0.0.17 |
| VERTICAL WALL/SUSPENDED SOFFIT TRANSITION | OS 0.0.18 |
| TRANSITION AT SOFFIT/ FASCIA INTERSECTION | OS 0.0.19 |
| FASCIA/UNINSULATED SOFFIT TRANSITION | OS 0.0.20 |
| TERMINATION AT UNINSULATED SOFFIT VENT | OS 0.0.21 |
| HORIZONTAL JOINT AT FLOOR LINE | OS 0.0.22 |
| HORIZONTAL JOINT - SUBSTRATE CHANGE | OS 0.0.23 |
| HORIZONTAL TERMINATION AT STONE VENEER | OS 0.0.24 |
| HORIZONTAL TERMINATION AT STUCCO | OS 0.0.25 |
| HORIZONTAL TERMINATION AT WOOD SIDING | OS 0.0.26 |
| VERTICAL EXPANSION JOINT - EIFS | OS 0.0.27 |
| THROUGH-WALL EXPANSION JOINT | OS 0.0.28 |
| VERTICAL EXPANSION JOINT - FLUSH AND RECESSED OPTIONS | OS 0.0.29 |

## DETAIL

| | |
|---|---|
| VERTICAL EXPANSION JOINT - DOUBLE SEAL OPTION | OS 0.0.30 |
| VERTICAL TERMINATION AT STONE VENEER | OS 0.0.31 |
| PENETRATIONS | OS 0.0.32 |
| SIGN ATTACHMENT | OS 0.0.33 |
| AESTHETIC REVEALS | OS 0.0.34 |
| RECESSED GRAPHICS | OS 0.0.35 |
| PROJECTING GRAPHICS | OS 0.0.36 |

## NOTE

DRYVIT MAKES NO REPRESENTATION REGARDING CONFORMITY OF ITS SUGGESTIONS TO MODEL BUILDING CODES, ENGINEERING CRITERIA, SPECIFIC APPLICATIONS, OR PROJECT LOCATIONS. ALL COMPONENTS INDICATED IN ILLUSTRATIONS, AS WELL AS OTHERS THAT MAY BE REQUIRED FOR THE INTEGRITY OF THE SYSTEM SHALL BE DESIGNED, DETAILED, AND ENGINEERED BY REPRESENTATIVES OF THE ARCHITECT, OWNER, OR CONTRACTOR TO BE IN CONFORMANCE WITH MODEL CODES, ARCHITECTURAL, AND ENGINEERING REQUIREMENTS PERTAINING TO SPECIFIC BUILDING PROJECTS.

DRYVIT MAKES NO WARRANTY, EXPRESSED OR IMPLIED, AS TO THE ARCHITECTURAL DESIGN, ENGINEERING, OR WORKMANSHIP OF PROJECTS UTILIZING DRYVIT SYSTEMS OR PRODUCTS.

THE LIABILITIES OF DRYVIT SHALL BE AS STATED IN THE OUTSULATION LIMITED COMMERCIAL WARRANTY. CONTACT DRYVIT FOR A FULL AND COMPLETE COPY OF THE WARRANTY.

# Outsulation® System

The architecture, engineering, and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 8/2018



OS 0.0.01



NORMAL IMPACT

BY OTHERS

OUTSULATION SYSTEM

FRAMING

DRYVIT ADHESIVE

EPS INSULATION BOARD

APPROVED SUBSTRATE

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

HIGH IMPACT

FRAMING

DRYVIT ADHESIVE

EPS INSULATION BOARD

APPROVED SUBSTRATE

DRYVIT BASE COAT

DRYVIT PANZER REINFORCING MESH

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

# Outsulation® System

Outsulation System

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™
OR STANDARD PLUS™ MESH. LOCATION
OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.



©Dryvit Systems, Inc. 1969
Issued: 10/2016



NORMAL IMPACT

BY OTHERS
OUTSULATION SYSTEM
FRAMING
DRYVIT ADHESIVE
EPS INSULATION BOARD
APPROVED SUBSTRATE
DRYVIT BASE COAT
DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT
DRYVIT BASE COAT
DRYVIT FINISH
DRYVIT SHAPES BY ACROCORE PRE-BASE COATED STARTER BOARD OR APPROVED EQUAL

HIGH IMPACT

FRAMING
DRYVIT ADHESIVE
EPS INSULATION BOARD
APPROVED SUBSTRATE
DRYVIT BASE COAT
DRYVIT PANZER REINFORCING MESH
DRYVIT BASE COAT
DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT
DRYVIT BASE COAT
DRYVIT FINISH
DRYVIT SHAPES BY ACROCORE PRE-BASE COATED STARTER BOARD OR APPROVED EQUAL

# Outsulation® System

Outsulation System
Starter Board Option

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD™ OR STANDARD PLUS™ MESH. LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS.

The architecture, engineering, and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 8/2018



**dryvit®**

**OS 0.0.02**



APPLY DRYVIT AQUAFLASH®
SYSTEM (SEE NOTES 1 AND 3)

**STEP #1**

INSTALL DIAGONAL STRIP OF DRYVIT
AQUAFLASH MESH AT CORNERS
AND EMBED IN AQUAFLASH LIQUID
(SEE NOTES 1, 3)

**STEP #2**

INSTALL DRYVIT AQUAFLASH
SYSTEM AT JAMBS
(SEE NOTES 1 AND 3)

**STEP #3**

INSTALL DRYVIT AQUAFLASH
SYSTEM AT HEADS
(SEE NOTES 1, 3 AND 4)

**STEP #4**

# Outsulation® System

Opening Preparation -
AquaFlash® System[5] Option

NOTE:
1. DRYVIT AQUAFLASH SHALL EXTEND TO
INTERIOR FACE OF OPENING.

2. REFER TO HEAD, SILL AND JAMB DETAILS
FOR FLASHING INTEGRATION.

3. DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING
TAPE™ MAY BE USED IN LIEU OF DRYVIT
AQUAFLASH SYSTEM.

4. INSTALL WINDOW UNIT AND ASSOCIATED
FLASHINGS PER MANUFACTURER'S
RECOMMENDATIONS, CODE REQUIREMENTS AND
PROJECT DOCUMENTS.

5. AQUAFLASH SYSTEM CONSISTS OF AQUAFLASH
MESH AND AQUAFLASH LIQUID.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



**dryvit®**



APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

MUST OVERLAP
8" (203 MM) MIN.
(SEE NOTES 2, 3 AND 4)

BY OTHERS

OUTSULATION SYSTEM

8" (203 MM)
MIN.

8"
(203 MM)
MIN.

MUST OVERLAP
8" (203 MM) MIN.
SEE NOTE 3

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

# Outsulation® System

## Inside/Outside Corners

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE THE
BASE COAT REINFORCED WITH PANZER®
MESH PRIOR TO STANDARD™ OR STANDARD
PLUS™ MESH. LOCATION OF HIGH IMPACT
ZONES SHOULD BE INDICATED ON
CONTRACT DRAWINGS.

2. DOUBLE WRAP OUTSIDE CORNERS WITH
REINFORCING MESH OR USE CORNER MESH.

3. DO NOT LAP REINFORCING MESH WITHIN
8" (203 MM) OF A CORNER.

4. OUTSIDE INSULATION BOARD EDGES
SHALL BE OFFSET.

The architecture, engineering and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. Use of this detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





BY OTHERS

OUTSULATION SYSTEM

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT BASE COAT

DRYVIT PANZER®
REINFORCING MESH

DRYVIT BASE COAT

DRYVIT CORNER MESH™

DRYVIT BASE COAT

DRYVIT STANDARD MESH OR
STANDARD PLUS REINFORCING
MESH OVERLAP MIN. 8" (203 MM)
AT CORNER

DRYVIT FINISH

8"
(203 MM)
MIN.

8"
(203 MM)
MIN.

# Outsulation® System

## Outside Corner - High Impact

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE  BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™
OR STANDARD PLUS™ MESH. LOCATION
OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. OUTSIDE INSULATION BOARD EDGES
SHALL BE OFFSET.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



**OS 0.0.05**



BY OTHERS

OUTSULATION SYSTEM

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT BASE COAT

DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

2'-0" (610 MM) MAX. (SEE NOTE 2)

DRYVIT DETAIL MESH® WRAPPED TO BACKSIDE OF EPS MIN. 2" (51 MM)

DRYVIT FINISH

DRYVIT COMPATIBLE SEALANT WITH BOND BREAKER, BY OTHERS

8" (203 MM) MIN. ABOVE FINISHED GRADE OR AS REQUIRED BY LOCAL CODE

SLOPE GRADE AWAY FROM FOUNDATION WALL

DRYVIT DRYFLEX™ WATER RESISTANT BASE COAT

# Outsulation® System

## Grade Termination

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD™ OR STANDARD PLUS™ MESH. LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS.

2. EXPANSION JOINT IS REQUIRED ALONG TOP OF FOUNDATION IF 2'-0" (610 MM) DIMENSION IS EXCEEDED.

3. SLOPE GRADE AWAY FROM WALL.

4. STOP FINISH APPROXIMATELY 2" (51 MM) BELOW GRADE.

The architecture, engineering, and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



**OS 0.0.06**



BY OTHERS

OUTSULATION SYSTEM

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT BASE COAT

DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

3/4" (19 MM) MIN.

DRYVIT DETAIL MESH® WRAPPED TO BACKSIDE OF EPS MIN. 2" (51 MM)

DRYVIT DEMANDIT® OR COLOR PRIME™ ON SURFACES TO RECEIVE SEALANT

DRYVIT COMPATIBLE SEALANT WITH CLOSED CELL BACKER ROD, BY OTHERS

# Outsulation® System

### Termination At Concrete Curb

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD™ OR STANDARD PLUS™ MESH. LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS.

The architecture, engineering, and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





BY OTHERS

OUTSULATION SYSTEM

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

2" (51 MM) MAX.
OVERLAP

DRYVIT DETAIL MESH® WRAPPED TO
BACKSIDE OF EPS MIN. 2" (51 MM)

3/4" (19 MM) MIN.
(SEE NOTE 4)

ADA COMPLIANT SIDEWALK SLOPED
AWAY FOR POSITIVE DRAINAGE

METAL PROTECTION SHEET,
BY OTHERS

DRYVIT AQUAFLASH® SYSTEM

FULLY ADHERED FOUNDATION
WATERPROOFING MEMBRANE,
BY OTHERS

COMPRESSIBLE FILLER BOARD,
BY OTHERS

# Outsulation® System

## Termination At ADA Compliant Sidewalk

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND FLOOR
APPLICATIONS AND ALL FACADES EXPOSED TO
ABNORMAL STRESS, HIGH TRAFFIC, OR
DELIBERATE IMPACT HAVE THE BASE COAT
REINFORCED WITH PANZER® MESH PRIOR TO
STANDARD™ OR STANDARD PLUS™ MESH.
LOCATION OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. USE OF THIS DETAIL IS LIMITED TO
SLAB-ON-GRADE APPLICATIONS.

3. INCORPORATE MEASURES TO PROTECT
STRUCTURE FROM MOISTURE INSTRUSION,
DAMPNESS, AND FROST HEAVE.

4. TO PREVENT DEBRIS ACCUMULATION IT
IS RECOMMENDED TO TERMINATE SYSTEM
2" (51 MM) ABOVE SIDEWALK.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





EPS INSULATION
(SEE NOTE 2)

DRYVIT DETAIL MESH® WRAPPED
TO BACKSIDE OF EPS MIN. 2" (51 MM)

DRYVIT DETAIL REINFORCING MESH
9 1/2" (241 MM) X 12" (305 MM) (TYP.)
(SEE NOTE 3)

# Outsulation® System

### EPS Preparation At Wall Penetrations

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™
OR STANDARD PLUS™ MESH. LOCATION
OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. LOCATE INSULATION BOARDS SUCH
THAT BOARD EDGES DO NOT ALIGN WITH
CORNERS OF PENETRATION.

3. APPLY A PIECE OF 9 1/2" (241 MM) X
12" (305 MM) DETAIL REINFORCING
MESH DIAGONALLY AT EACH CORNER.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





(SEE NOTES 1 AND 2)



2" (51 MM) MIN.

STEP 1:   PREPARE OPENING AS PER OS 0.0.02. INSTALL
SILL PAN FLASHING AND SECURE TO FRAMING
AND BLOCKING. SHIM UNDERSIDE OF FLASHING
TO ENSURE INCIDENTAL MOISTURE IS DIRECTED
TO THE EXTERIOR FACE OF THE WALL.
(SEE NOTES 1,2 AND 3)



STEP 2:   APPLY DRYVIT AQUAFLASH® SYSTEM
SPLICES OVER UPTURNED LEGS OF PAN
FLASHING (SEE NOTE 3)



STEP 3:   INSTALL WINDOW UNIT AND
ASSOCIATED HEAD FLASHING.



2 ½" (64 MM) MIN.

STEP 4:   INSTALL EIFS AND APPLY BACKER ROD
AND SEALANT ALONG JAMBS AND AT
SYSTEM TERMINATIONS, ALSO ALONG
EDGES OF FLASHING.

# Outsulation® System

Preparation of Opening for Storefront Window

NOTE:
1. PAN FLASHING SHOULD OVERLAP EIFS
MIN. 2 1/2" (64 MM) MEASURED FROM THE
TOP OF THE EPS.

2. PAN FLASHING MUST HAVE
WATERTIGHT SEAMS.

3. DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING
TAPE™ MAY BE USED IN LIEU OF
AQUAFLASH SYSTEM.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





(SEE NOTES 1,2 AND 5)

STEP 1:  APPLY DRYVIT AQUAFLASH® SYSTEM AT SILL PER OS 0.0.02 AND SECURE FLASHING TO FRAMING (SEE NOTES 1,2,5 AND 7)

2" (51 MM) MIN.



STEP 2:  INSTALL SILL PAN FLASHING. SHIM UNDERSIDE OF PAN FLASHING TO ENSURE WATER RUN OFF (SEE NOTE 2)

2 1/2" (64 MM) MIN.



STEP 3:  APPLY DRYVIT AQUAFLASH SYSTEM OVER METAL FLASHING TRANSITION AND AT JAMBS LAPPING OVER UPTURNED LEGS OF PAN FLASHING (SEE NOTES 1,2,5 AND 7)



STEP 4:  INSTALL WINDOW UNIT AND ASSOCIATED HEAD FLASHING.



STEP 5:  INSTALL EIFS AND APPLY BACKER ROD AND SEALANT ALONG JAMBS AND AT SYSTEM TERMINATIONS, ALSO ALONG EDGES OF FLASHING (SEE NOTES 3,4,5 AND 6)

# Outsulation® System

## Preparation of Opening for Nail-On Window

NOTE:
1. PAN FLASHING SHOULD OVERLAP EIFS MIN. 2 1/2" (64 MM) MEASURED FROM THE TOP OF THE EPS.

2. PAN FLASHING MUST HAVE WATERTIGHT SEAMS.

3. DRYVIT FLASHING TAPE SURFACE CONDITIONER™ AND DRYVIT FLASHING TAPE™ MAY BE USED IN LIEU OF AQUAFLASH SYSTEM.

4. EIFS AT SILL SHALL BE SLOPED FOR DRAINAGE.

5. APPLY DRYVIT AQUAFLASH SYSTEM AT SILL. SEE DETAIL OS 0.0.02

6. ADHESIVE ONLY APPLICATION IS ACCEPTABLE WHEN USING THE AQUAFLASH SYSTEM.

7. DRYVIT FLASHING TAPE SURFACE CONDITIONER AND DRYVIT FLASHING TAPE MAY BE USED IN LIEU OF AQUAFLASH SYSTEM.

The architecture, engineering, and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



**OS 0.0.11**



BY OTHERS

OUTSULATION SYSTEM

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT AQUAFLASH® SYSTEM OVER LEG OF HEAD FLASHING

DRYVIT AQUAFLASH® SYSTEM (SEE NOTE 2)

AIR SEAL PER MANUFACTURER'S REQUIREMENTS, BY OTHERS

EPS SHAPE (OPTIONAL) ADHERED WITH DRYVIT ADHESIVE

DRYVIT FINISH

DRYVIT DETAIL MESH® WRAPPED TO BACKSIDE OF EPS MIN. 2" (51 MM)

DRYVIT DEMANDIT® OR COLOR PRIME™ ON SURFACE(S) TO RECEIVE SEALANT

3/4" (19 MM)

DRYVIT COMPATIBLE SEALANT WITH CLOSED CELL BACKER ROD, BY OTHERS

SEALANT AND FLASHING, BY OTHERS

WINDOW INTEGRAL FLASHING

STOREFRONT WINDOW

FLANGED WINDOW

# Outsulation® System

Window Head

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD™ OR STANDARD PLUS™ MESH. LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS.

2. DRYVIT FLASHING TAPE SURFACE CONDITIONER™ AND DRYVIT FLASHING TAPE™ MAY BE USED IN LIEU OF DRYVIT AQUAFLASH SYSTEM.

The architecture, engineering, and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





BY OTHERS

OUTSULATION
SYSTEM

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT FINISH

DRYVIT BASE COAT

DRYVIT REINFORCING
MESH EMBEDDED IN
DRYVIT BASE COAT

DRYVIT AQUAFLASH® SYSTEM
OVER CONTINUOUS FLASHING
(SEE NOTE 2)

2" (51 MM) MIN.

DRYVIT DEMANDIT® OR COLOR
PRIME™ ON SURFACE(S) TO
RECEIVE SEALANT

DECK BOARD

DRYVIT COMPATIBLE SEALANT
WITH BOND BREAKER,
BY OTHERS

END JOIST

DRYVIT DETAIL MESH®
WRAPPED TO BACKSIDE
OF EPS MIN. 2" (51 MM)

2" (51 MM) MIN.

FLASHING NO. 3, BY OTHERS
FLASHING NO. 2, BY OTHERS

FLASHING NO. 1,
BY OTHERS

1" (25 MM) MIN.

DRYVIT COMPATIBLE
SEALANT, BY OTHERS

2-1/2" (64 MM) MIN.

# Outsulation® System

### Termination at Wood Framed Deck

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE  BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™
OR STANDARD PLUS™ MESH. LOCATION
OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING
TAPE™ MAY BE USED IN LIEU OF DRYVIT
AQUAFLASH SYSTEM.

3. DETAIL DOES NOT APPLY TO CANTILEVERED
DECKS. CANTILEVERED DECKS REQUIRE JOB
SPECIFIC FLASHING DETAILS.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016


dryvit®

OS 0.0.13



BY OTHERS

OUTSULATION SYSTEM

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

DRYVIT DETAIL MESH® WRAPPED
TO BACKSIDE OF EPS MIN. 2" (51 MM)

2" (51 MM) MIN.

COMPATIBLE WATERPROOF DECK
COATING, BY OTHERS

CANT STRIP, BY OTHERS

SLOPE CONCRETE DECK SURFACE
AWAY FROM VERTICAL WALL

# Outsulation® System

## Termination at Waterproof Deck

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE  BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™
OR STANDARD PLUS™ MESH. LOCATION
OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





FRAMING

APPROVED SUBSTRATE

DRYVIT AQUAFLASH®
SYSTEM (SEE NOTE 2)

**STEP #1**

FLASHING SLEEVE,
BY OTHERS

8"
(203 MM)

6"
(152 MM)

6"
(152 MM)

**STEP #2**

DRYVIT AQUAFLASH®
SYSTEM (SEE NOTE 2)

**STEP #3**

# Outsulation® System

Preparation At Parapet/Wall Intersection

NOTE:
1. DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING
TAPE™ MAY BE USED IN LIEU OF DRYVIT
AQUAFLASH SYSTEM.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





METAL CAP FLASHING FASTENED TO
BLOCKING, BY OTHERS

ROOF ASSEMBLY, BY OTHERS

WRAP DRYVIT REINFORCING MESH AND BASE
COAT OVER TOP OF FRAMING (SEE NOTE 2)

2 1/2"
(64 MM) MIN.

DRYVIT COMPATIBLE SEALANT,
BY OTHERS

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

ROOF ASSEMBLY

DRYVIT BASE COAT

DRYVIT FINISH

EPS SHAPE OPTION
(SEE NOTE 3)

BY OTHERS

OUTSULATION
SYSTEM

# Outsulation® System

Termination At Parapet - Cap Flashing

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND FLOOR
APPLICATIONS AND ALL FACADES EXPOSED TO
ABNORMAL STRESS, HIGH TRAFFIC, OR
DELIBERATE IMPACT HAVE THE BASE COAT
REINFORCED WITH PANZER® MESH PRIOR TO
STANDARD™ OR STANDARD PLUS™ MESH.
LOCATION OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. AS AN OPTION, DRYVIT AQUAFLASH SYSTEM OR
DRYVIT FLASHING TAPE SURFACE CONDITIONER
AND DRYVIT FLASHING TAPE MAY BE USED TO
PROVIDE ADDITIONAL PROTECTION AT TOP OF A
PARAPET WALL.

3. MAXIMUM THICKNESS OF EPS BUILT OUT
SHAPES SHALL NOT EXCEED 13" (330 MM) AT ANY
POINT MEASURED FROM THE SUBSTRATE.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



OS 0.0.16



METAL CAP FLASHING
ASSEMBLY FASTENED TO
BLOCKING, BY OTHERS

WRAP DRYVIT REINFORCING
MESH AND BASE COAT
OVER TOP OF CONCRETE
(SEE NOTE 1)

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT AQUAFLASH®
SYSTEM

DRYVIT DETAIL MESH®
WRAPPED TO BACKSIDE
OF EPS 2" (51 MM) MIN.

DRYVIT DEMANDIT® OR
COLOR PRIME™ ON
SURFACE(S) TO RECEIVE
SEALANT

2 1/2"
(64 MM) MIN.

APPROVED SEALANT,
BY OTHERS

DRYVIT FINISH

DRYVIT REINFORCING
MESH EMBEDDED IN
DRYVIT BASE COAT

3/4" (19 MM) MIN.

DRYVIT COMPATIBLE SEALANT,
WITH CLOSED CELL BACKER
ROD, BY OTHERS

ROOF FLASHING AND COUNTER
FLASHING, BY OTHERS

ROOF ASSEMBLY, BY OTHERS

8" (203 MM) MIN.

# Outsulation® System

Termination At Parapet - Solid Substrate

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND FLOOR
APPLICATIONS AND ALL FACADES EXPOSED TO
ABNORMAL STRESS, HIGH TRAFFIC, OR
DELIBERATE IMPACT HAVE THE  BASE COAT
REINFORCED WITH PANZER® MESH PRIOR TO
STANDARD™ OR STANDARD PLUS™ MESH.
LOCATION OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. AS AN OPTION, DRYVIT AQUAFLASH®
SYSTEM OR DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING TAPE™
MAY BE USED TO PROVIDE ADDITIONAL
PROTECTION AT THE TOP OF A PARAPET WALL.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



**OS 0.0.17**



FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

DRYVIT AQUAFLASH® SYSTEM OVER STEP FLASHING

DRYVIT DETAIL MESH® WRAPPED TO BACKSIDE
OF EPS  2" (51 MM) MIN.

2"
(51 MM)
MIN.

3/4"
(19 MM)
MIN.

ROOFING SHINGLES

ROOFING UNDERLAYMENT, BY OTHERS
(SEE NOTE 3)

ROOF STEP FLASHING, BY OTHERS

ROOF DIVERTER FLASHING, BY OTHERS
(SEE NOTE 2)

GUTTER SYSTEM SLOPED AWAY FROM WALL

DRYVIT COMPATIBLE SEALANT
WITH BOND BREAKER, BY OTHERS)

BY OTHERS

DRYVIT DEMANDIT® OR COLOR PRIME™
ON SURFACE(S) TO RECEIVE SEALANT

OUTSULATION
SYSTEM

ROOF DIVERTER
(NOTE 2)

100°

110°

6"
(152 MM)

6"
(152 MM)

12"
(305 MM)

# Outsulation® System

Termination at Sloped Roof

NOTE:
1. EXTEND DIVERTER FLASHING (KICKOUT)
A MINIMUM OF 1" (25 MM) BEYOND FACE
OF THE SYSTEM.

2. ROOF DIVERTER TO BE MADE FROM
CORROSION RESISTANT MATERIAL MIN.
24 GAGE WITH WATER TIGHT SEAMS.

3. EXTEND ROOFING UNDERLAYMENT
5" (127 MM) UP VERTICAL WALL BEHIND
METAL FLASHING.

4. METAL FLASHINGS ARE 10" (254 MM) X
2" (51 MM) LONGER THAN THE EXPOSED
PORTION OF THE ROOFING SHINGLE AND ARE
BENT IN HALF TO ALLOW FOR TWO 5" (127 MM)
LEGS. ALTHOUGH NOT SHOWN, METAL
FLASHINGS ARE STEP FLASHED
(INTERWOVEN) WITH ROOFING SHINGLES.

5. FOR ADDITIONAL SLOPED ROOF DETAILS,
REFER TO DRYVIT PUBLICATION DS106.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





OPTIONAL SECONDARY SEAL,
BY OTHERS (SEE NOTE 3)

DRYVIT DETAIL MESH® WRAPPED TO
BACKSIDE OF EPS MIN. 2" (51 MM)

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE
APPLIED TO BACK OF EPS

DRYVIT COLOR PRIME OR
DEMANDIT® ON
SURFACES TO RECEIVE
SEALANT

3/4" (19 MM) MIN.

DRYVIT COMPATIBLE SEALANT WITH
CLOSED CELL BACKER ROD, BY OTHERS
(SEE NOTE 2)

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

EPS INSULATION BOARD

OUTSULATION
SYSTEM

BY OTHERS

# Outsulation® System

## Vertical Wall/Suspended Soffit Transition

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND FLOOR
APPLICATIONS AND ALL FACADES EXPOSED TO
ABNORMAL STRESS, HIGH TRAFFIC, OR
DELIBERATE IMPACT HAVE THE  BASE COAT
REINFORCED WITH PANZER® MESH PRIOR TO
STANDARD™ OR STANDARD PLUS™ MESH.
LOCATION OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. SEALANT JOINT IS REQUIRED FOR SUSPENDED
SOFFITS. OPTIONAL FOR RIGIDLY FRAMED.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



**OS 0.0.19**



OUTSULATION SYSTEM

BY OTHERS

EXTENDED DRIP
FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD
DRYVIT BASE COAT
DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT
DRYVIT BASE COAT
DRYVIT FINISH

DRYVIT DETAIL MESH WRAPPED TO BACKSIDE OF EPS MIN. 2" (51 MM)
DRYVIT DEMANDIT® OR COLOR PRIME ON SURFACES TO RECEIVE SEALANT

DRYVIT COMPATIBLE SEALANT WITH CLOSED CELL BACKER ROD (SEE NOTE 2)

1"
(25 MM)
MAX

3/4"
(19 MM)
MIN.

CUT DRIP
FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

3/4"
(19 MM)
MIN.

# Outsulation® System

## Transition At Soffit/Fascia Intersection

The architecture, engineering, and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to ensure you have the most recent version.

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE  BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD™ OR STANDARD PLUS™ MESH. LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS.

2. EXPANSION JOINT IS REQUIRED FOR SUSPENDED SOFFITS. OPTIONAL FOR RIGIDLY FRAMED.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



**OS 0.0.20**



OUTSULATION
SYSTEM

BY OTHERS

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

DRYVIT COMPATIBLE SEALANT WITH
BOND BREAKER, BY OTHERS

1"
(25 MM)
MAX

# Outsulation® System

### Fascia/Uninsulated Soffit Transition

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE  BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™
OR STANDARD PLUS™ MESH. LOCATION
OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



**OS 0.0.21**



FRAMING, BY OTHERS

APPROVED SUBSTRATE

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

SOFFIT VENT, BY OTHERS

DRYVIT FINISH

# Outsulation® System

## Termination at Uninsulated Soffit Vent

NOTE:
1. CONTROL JOINTS ARE RECOMMENDED
EVERY 20 FT (6.1 M).

2. REFER TO DRYVIT PUBLICATION DS173
FOR SPECIFIC REQUIREMENTS FOR
SOFFIT AREAS.

3. SEAL ALL BUTT JOINTS,
INTERSECTIONS, AND ENDS OF VENTS
WITH COMPATIBLE SEALANT.

4. SEE DRYVIT PUBLICATION DS842 FOR
ADDITIONAL DIRECT APPLIED DETAILS.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





BY OTHERS

OUTSULATION SYSTEM

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

DRYVIT DETAIL MESH® WRAPPED TO
BACKSIDE OF EPS MIN. 2" (51 MM)

3/4" (19 MM) MIN.

SLOPE SURFACE OUTSIDE OF SEALANT
1:5 MIN. OUTWARD TO DRAIN

DRYVIT COMPATIBLE SEALANT
WITH CLOSED CELL BACKER
ROD, BY OTHERS (SEE NOTE 3)

SLIP TYPE
CONNECTION
(SEE NOTE 4)

DRYVIT DEMANDIT® OR COLOR PRIME™
ON SURFACES TO RECEIVE SEALANT

DRYVIT DETAIL MESH® WRAPPED TO
BACKSIDE OF EPS MIN. 2" (51 MM)

# Outsulation® System

Horizontal Joint At Floor Line

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND FLOOR
APPLICATIONS AND ALL FACADES EXPOSED TO
ABNORMAL STRESS, HIGH TRAFFIC, OR
DELIBERATE IMPACT HAVE THE BASE COAT
REINFORCED WITH PANZER® MESH PRIOR TO
STANDARD™ OR STANDARD PLUS™ MESH.
LOCATION OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. LOCATE EXTERNAL SEALANT JOINT WITHIN
2" (51 MM) OF BREAK IN SHEATHING.

3. EXPANSION JOINT IN THE OUTSULATION SYSTEM
IS NECESSARY WHERE SIGNIFICANT DIFFERENTIAL
MOVEMENT IS EXPECTED AT FLOOR LINES.

4. FOR STEEL FRAMED CONSTRUCTION: EXPANSION
JOINT IS INTENDED TO ACCOMMODATE MOVEMENT
AT SLIP CONNECTION.
FOR WOOD FRAMED CONSTRUCTION: EXPANSION
JOINT IS INTENDED TO ACCOMMODATE CROSS
GRAIN SHRINKAGE OF FLOOR BEAMS.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





BY OTHERS

OUTSULATION SYSTEM

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

DRYVIT DETAIL MESH® WRAPPED TO
BACKSIDE OF EPS MIN. 2" (51 MM)

DRYVIT COMPATIBLE SEALANT WITH
CLOSED CELL BACKER ROD, BY OTHERS

3/4" (19 MM) MIN.

SLOPE SURFACE OUTSIDE OF SEALANT
1:5 MIN. OUTWARD TO DRAIN

DRYVIT DEMANDIT® OR COLOR PRIME™
ON SURFACES TO RECEIVE SEALANT

DRYVIT DETAIL MESH® WRAPPED TO
BACKSIDE OF EPS MIN. 2" (51 MM)

APPROVED SUBSTRATE

# Outsulation® System

Horizontal Joint - Substrate Change

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE THE
BASE COAT REINFORCED WITH PANZER®
MESH PRIOR TO STANDARD™ OR STANDARD
PLUS™ MESH. LOCATION OF HIGH IMPACT
ZONES SHOULD BE INDICATED ON
CONTRACT DRAWINGS.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





BY OTHERS

OUTSULATION SYSTEM
FRAMING
APPROVED SUBSTRATE

DRYVIT ADHESIVE
EPS INSULATION BOARD

DRYVIT FINISH
DRYVIT BASE COAT
DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT
DRYVIT BASE COAT
DRYVIT AQUAFLASH® SYSTEM
(SEE NOTE 2)
DRYVIT DETAIL MESH® WRAPPED TO
BACKSIDE OF EPS MIN. 2" (51 MM)

3/4" (19 MM) MIN.

DRYVIT COMPATIBLE SEALANT
WITH CLOSED CELL BACKER
ROD, BY OTHERS
DRYVIT DEMANDIT® OR COLOR
PRIME™ ON SURFACE(S) TO
RECEIVE SEALANT
CONTINUOUS FLASHING,
BY OTHERS
SEALANT WITH BOND BREAKER,
BY OTHERS
EXPANDED METAL LATH AND
WATER RESISTIVE BARRIER,
BY OTHERS
STONE VENEER SYSTEM,
BY OTHERS

# Outsulation® System

Horizontal Termination at Stone Veneer

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE  BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™ OR
STANDARD PLUS™ MESH. LOCATION OF
HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING
TAPE™ MAY BE USED IN LIEU OF DRYVIT
AQUAFLASH SYSTEM.

3. FOR INSTALLATION OF DRYVIT
AIR/WATER-RESISTIVE BARRIER
COATING BENEATH CLADDINGS OTHER
THAN DRYVIT EIFS, REFER TO DRYVIT
PUBLICATION DS840.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





BY OTHERS

OUTSULATION SYSTEM

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT FINISH

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT AQUAFLASH® SYSTEM
(SEE NOTE 2)

DRYVIT DETAIL MESH® WRAPPED TO
BACKSIDE OF EPS MIN. 2" (51 MM)

3/4" (19 MM) MIN.

DRYVIT DEMANDIT® OR COLOR
PRIME™ ON SURFACE(S) TO
RECEIVE SEALANT

DRYVIT COMPATIBLE SEALANT
WITH CLOSED CELL BACKER ROD,
BY OTHERS

CONTINUOUS FLASHING,
BY OTHERS

SEALANT WITH BOND BREAKER,
BY OTHERS

EXPANDED METAL LATH AND
WATER RESISTIVE BARRIER,
BY OTHERS

CEMENT PLASTER,
BY OTHERS

# Outsulation® System

**Horizontal Termination at Stucco**

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE  BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™
OR STANDARD PLUS™ MESH. LOCATION
OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING
TAPE™ MAY BE USED IN LIEU OF DRYVIT
AQUAFLASH SYSTEM.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



OS 0.0.26



BY OTHERS

OUTSULATION SYSTEM

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT FINISH

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT AQUAFLASH® SYSTEM
(SEE NOTE 2)

DRYVIT DETAIL MESH® WRAPPED TO
BACKSIDE OF EPS MIN. 2" (51 MM)

3/4" (19 MM) MIN.

DRYVIT DEMANDIT® OR COLOR
PRIME™ ON SURFACE(S) TO
RECEIVE SEALANT

DRYVIT COMPATIBLE SEALANT
WITH CLOSED CELL BACKER
ROD, BY OTHERS

CONTINUOUS FLASHING,
BY OTHERS

SEALANT WITH BOND BREAKER,
BY OTHERS

LAP SIDING AND WEATHER
RESISTIVE BARRIER, BY OTHERS

# Outsulation® System

## Horizontal Termination at Wood Siding

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE  BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™
OR STANDARD PLUS™ MESH. LOCATION
OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. DRYVIT FLASHING TAPE SURFACE
CONDITIONER™ AND DRYVIT FLASHING
TAPE™ MAY BE USED IN LIEU OF DRYVIT
AQUAFLASH SYSTEM.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969

Issued: 10/2016



**OS 0.0.27**



BY OTHERS

OUTSULATION SYSTEM

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT DETAIL MESH® WRAPPED TO BACKSIDE OF EPS MIN. 2" (51 MM)

DRYVIT BASE COAT

DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT DEMANDIT® OR COLOR PRIME™ ON SURFACES TO RECEIVE SEALANT

DRYVIT COMPATIBLE SEALANT WITH CLOSED CELL BACKER ROD, BY OTHERS (SEE NOTE 2)

DRYVIT FINISH

3/4" (19 MM) MIN.

# Outsulation® System

Vertical Expansion Joint - EIFS[2]

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD™ OR STANDARD PLUS™ MESH. LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS.

2. EIFS EXPANSION JOINTS ARE REQUIRED IN CONTINUOUS ELEVATIONS AT INTERVALS NOT EXCEEDING 75 FT (23 M).

The architecture, engineering, and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





FRAMING
APPROVED SUBSTRATE
OPTIONAL SECONDARY SEAL, BY OTHERS
APPROVED SUBSTRATE
DRYVIT ADHESIVE IN VERTICAL NOTCHED TROWEL
CONFIGURATION APPLIED TO BACK OF EPS
EPS INSULATION BOARD
DRYVIT DETAIL MESH® WRAPPED TO BACKSIDE
OF EPS MIN. 2" (51 MM), (SEE NOTE 3)
DRYVIT BASE COAT
DRYVIT REINFORCING MESH EMBEDDED
IN DRYVIT BASE COAT
DRYVIT BASE COAT
DRYVIT DEMANDIT® OR COLOR PRIME™
ON SURFACES TO RECEIVE SEALANT
DRYVIT COMPATIBLE SEALANT WITH CLOSED
CELL BACKER ROD, BY OTHERS (SEE NOTE 2)
DRYVIT FINISH

3/4" (19 MM) MIN.

FRAMING
OPTIONAL SECONDARY SEAL, BY OTHERS

APPROVED SUBSTRATE

DRYVIT DEMANDIT OR COLOR PRIME ON
SURFACES TO RECEIVE SEALANT

DRYVIT DETAIL MESH WRAPPED TO BACKSIDE
OF EPS MIN. 2" (51 MM), (SEE NOTE 3)

DRYVIT ADHESIVE IN VERTICAL NOTCHED TROWEL
CONFIGURATION APPLIED TO BACK OF EPS

EPS INSULATION BOARD
DRYVIT BASE COAT
DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT
DRYVIT BASE COAT
DRYVIT FINISH

DRYVIT COMPATIBLE SEALANT WITH CLOSED
CELL BACKER ROD, BY OTHERS (SEE NOTE 2)

3/4" (19 MM) MIN.

# Outsulation® System

## Through-Wall Expansion Joint

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE  BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™
OR STANDARD PLUS™ MESH. LOCATION
OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. LOCATE EXTERNAL SEALANT JOINT
WITHIN 2" (51 MM) OF SUBSTRATE JOINT.

3. AS AN OPTION, THE REINFORCED BASE
COAT MAY BE EXTENDED ONTO THE
CONCRETE EDGE AND/OR FRAMING,
CREATING AN EDGE WRAP RATHER THAN
BACK WRAP.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



dryvit®

OS 0.0.29



FLUSH OPTION

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT DETAIL MESH® WRAPPED TO
BACKSIDE OF EPS MIN. 2" (51 MM)

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT DEMANDIT® OR COLOR
PRIME™ ON SURFACES TO
RECEIVE SEALANT

APPROVED SUBSTRATE

DRYVIT COMPATIBLE SEALANT
WITH CLOSED CELL BACKER ROD,
BY OTHERS (SEE NOTE 3)

DRYVIT FINISH

3/4" (19 MM) MIN.

RECESSED OPTION

3/4" (19 MM) MIN.

# Outsulation® System

Vertical Expansion Joint - Flush and Recessed Options

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE  BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™ OR
STANDARD PLUS™ MESH. LOCATION OF
HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



**OS 0.0.30**



BY OTHERS

OUTSULATION SYSTEM

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

APPROVED SUBSTRATE

EPS INSULATION BOARD

DRYVIT DETAIL MESH® WRAPPED TO BACKSIDE OF EPS MIN. 2" (51 MM)

DRYVIT BASE COAT

DRYVIT REINFORCING MESH EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT DEMANDIT® OR COLOR PRIME™ ON SURFACES TO RECEIVE SEALANT

DRYVIT FINISH

DRYVIT COMPATIBLE SEALANT WITH CLOSED CELL BACKER ROD, BY OTHERS

FACE SEAL

VENT

REAR SEAL

3/4" (19 MM) MIN.

FACE SEAL

REAR SEAL

VENT

# Outsulation® System

Vertical Expansion Joint - Double Seal Option

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND FLOOR APPLICATIONS AND ALL FACADES EXPOSED TO ABNORMAL STRESS, HIGH TRAFFIC, OR DELIBERATE IMPACT HAVE THE BASE COAT REINFORCED WITH PANZER® MESH PRIOR TO STANDARD™ OR STANDARD PLUS™ MESH. LOCATION OF HIGH IMPACT ZONES SHOULD BE INDICATED ON CONTRACT DRAWINGS.

The architecture, engineering, and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016





BY OTHERS

OUTSULATION SYSTEM

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT DETAIL MESH® WRAPPED TO
BACKSIDE OF EPS MIN. 2" (51 MM)

DRYVIT REINFORCING MESH
EMBEDDED IN BASE COAT

DRYVIT BASE COAT

DRYVIT DEMANDIT® OR COLOR
PRIME™ ON SURFACES TO
RECEIVE SEALANT

DRYVIT FINISH

PAPER BACKED EXPANDED
METAL LATH, BY OTHERS

ANGLE STOP FOR STONE
VENEER SYSTEM, BY OTHERS

DRYVIT COMPATIBLE SEALANT
WITH CLOSED CELL BACKER
ROD, BY OTHERS

BEDDING COAT AND STONE
VENEER SYSTEM, BY OTHERS

3/4" (19 MM) MIN.

# Outsulation® System

## Vertical Termination At Stone Veneer

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™
OR STANDARD PLUS™ MESH. LOCATION
OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



## OS 0.0.32



FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

DRYVIT DETAIL MESH® WRAPPED
TO BACKSIDE OF EPS MIN. 2" (51 MM), (SEE NOTE 2)

SECONDARY SEAL, BY OTHERS

DRYVIT COMPATIBLE SEALANT WITH CLOSED
CELL BACKER ROD, BY OTHERS (SEE NOTE 3)

DRYVIT DEMANDIT® OR COLOR PRIME ON
SURFACES TO RECEIVE SEALANT

BY OTHERS

OUTSULATION
SYSTEM

3/4" (19 MM) MIN.

3/4" (19 MM) MIN.

# Outsulation® System

Penetrations

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™
OR STANDARD PLUS™ MESH. LOCATION
OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. AS AN OPTION, THE REINFORCED BASE
COAT MAY BE EXTENDED ONTO THE
FRAMING CREATING AN EDGE WRAP.

3. SEALANT SHALL NOT BE IN DIRECT
CONTACT WITH ASPHALTIC ADHESIVE ON
DRYVIT FLASHING TAPE. COVER DRYVIT
FLASHING TAPE LAPS WITH POLYETHYLENE
TAPE OR BACKER ROD.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc, 1969
Issued: 10/2016



OS 0.0.33



BY OTHERS

OUTSULATION SYSTEM

FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

BLOCKING, SECURED TO FRAMING

DRYVIT COMPATIBLE SEALANT AND BOND
BREAKER TAPE, BY OTHERS (SEE NOTE 2)
NON-CORROSIVE PIPE SLEEVE, BY
OTHERS, SET IN SEALANT
NEOPRENE WASHER, BY OTHERS

SCREW/BOLT ATTACHMENT TO BUILDING
FRAMING/BLOCKING, BY OTHERS
SIGN FIXTURE, BY OTHERS

1/2" (12.7 MM) MIN.

# Outsulation® System

Sign Attachment

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE THE
BASE COAT REINFORCED WITH PANZER®
MESH PRIOR TO STANDARD™ OR STANDARD
PLUS™ MESH. LOCATION OF HIGH IMPACT
ZONES SHOULD BE INDICATED ON
CONTRACT DRAWINGS.

2. PERIMETER OF PIPE SLEEVE IS CAULKED
TO PREVENT WATER ENTRY INTO WALL.

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



OS 0.0.34



BY OTHERS

OUTSULATION SYSTEM

FRAMING
APPROVED SUBSTRATE
DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT REINFORCING MESH EMBEDDED
IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT DETAIL MESH® EMBEDDED IN DRYVIT BASE
COAT. OVERLAP REINFORCING MESH 2 1/2" (64 MM)

DRYVIT BASE COAT

DRYVIT FINISH

2 1/2" (64 MM)

2 1/2" (64 MM)

3/4" (19 MM) MIN.

# Outsulation® System

Aesthetic Reveals

NOTE:
1. DRYVIT RECOMMENDS THAT GROUND
FLOOR APPLICATIONS AND ALL FACADES
EXPOSED TO ABNORMAL STRESS, HIGH
TRAFFIC, OR DELIBERATE IMPACT HAVE
THE BASE COAT REINFORCED WITH
PANZER® MESH PRIOR TO STANDARD™
OR STANDARD PLUS™ MESH. LOCATION
OF HIGH IMPACT ZONES SHOULD BE
INDICATED ON CONTRACT DRAWINGS.

2. SLOPE BOTTOM EDGE OF REVEAL FOR
POSITIVE DRAINAGE.

©Dryvit Systems, Inc. 1969
Issued: 10/2016

The architecture, engineering, and design of the project using the
Dryvit products is the responsibility of the project's design
professional. All systems must comply with local building codes and
standards. This detail is for general information and guidance only
and Dryvit specifically disclaims any liability for the use of this detail
and for the architecture, design, engineering or workmanship of any
project. The project design professional determines, in its sole
discretion, whether this detail or a functionally equivalent detail is
best suited for the project. Use of a functionally equivalent detail does
not violate Dryvit's warranty. This detail is subject to change without
notice. Contact Dryvit to ensure you have the most recent version.



**OS 0.0.35**



FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

BY OTHERS

OUTSULATION SYSTEM

SLOPE GRAPHIC FOR
POSITIVE DRAINAGE

3/4" (19 MM) MIN.

BY OTHERS

OUTSULATION
SYSTEM

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

OVERLAP 2 1/2" (64 MM)

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

# Outsulation® System

### Recessed Graphics

The architecture, engineering, and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016



**OS 0.0.36**



FRAMING

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT BASE COAT

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

DRYVIT BASE COAT

DRYVIT FINISH

SLOPE GRAPHIC FOR
POSITIVE DRAINAGE

BY OTHERS

OUTSULATION SYSTEM

APPROVED SUBSTRATE

DRYVIT ADHESIVE

EPS INSULATION BOARD

DRYVIT REINFORCING MESH
EMBEDDED IN DRYVIT BASE COAT

OVERLAP MESH
2 1/2" (64 MM)

DRYVIT ADHESIVE

DRYVIT BASE COAT

DRYVIT FINISH

EPS SHAPE

# Outsulation® System

## Projecting Graphics

NOTE:
1. MAXIMUM THICKNESS OF EPS BUILT
OUT SHAPES SHALL NOT EXCEED
13 INCHES (330 MM) AT ANY POINT
MEASURED FROM THE SUBSTRATE.

The architecture, engineering, and design of the project using the Dryvit products is the responsibility of the project's design professional. All systems must comply with local building codes and standards. This detail is for general information and guidance only and Dryvit specifically disclaims any liability for the use of this detail and for the architecture, design, engineering or workmanship of any project. The project design professional determines, in its sole discretion, whether this detail or a functionally equivalent detail is best suited for the project. Use of a functionally equivalent detail does not violate Dryvit's warranty. This detail is subject to change without notice. Contact Dryvit to ensure you have the most recent version.

©Dryvit Systems, Inc. 1969
Issued: 10/2016

