UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACROCORE EXTERIOR MOULDINGS, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>DRYVIT SYSTEMS, INC. and RPM INTERNATIONAL, INC.,<br><br>Defendants. | Civil Action No. 2:19-cv-22238 (ES)(MAH)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned appears in this action as attorney for defendants Dryvit Systems, Inc. and RPM International, Inc.

Dated: January 13, 2020

Respectfully submitted,

/s/ *David N. Cohen*
David N. Cohen (DC 4287)
FISHKIN LUCKS LLP
One Riverfront Plaza, Suite 410
Newark, NJ 07102
(973) 679-4431
dcohen@fishkinlucks.com

*Attorneys for Defendants*
*Dryvit Systems, Inc. and*
*RPM International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Appearance was filed and served this 13th day of January 2020, via the Court's CM/ECF system to all counsel of record.

/s/ *David N. Cohen*
David N. Cohen

00070442.1