UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACROCORE EXTERIOR MOULDINGS, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>DRYVIT SYSTEMS, INC. and RPM INTERNATIONAL, INC.,<br><br>Defendants. | Civil Action No. 2:19-cv-22238 (ES) (MAH)<br><br>**APPLICATION FOR CLERK'S ORDER PURSUANT TO L.CIV.R. 6.1(b) TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**<br><br>*Document Electronically Filed* |

Application is hereby made, pursuant to L. Civ. R. 6.1(b), for the entry of an Order by the Clerk extending for fourteen (14) days the time within which the defendants may answer, move or otherwise respond to the plaintiff's Complaint in this action. The undersigned hereby represents that:

1. No previous extension has been sought or obtained.

2. This action was initiated by the filing of the Complaint in this Court on December 31, 2019. Service of Process was effectuated on defendant Dryvit Systems, Inc. ("Dryvit") on January 9, 2020; and on defendant RPM International, Inc. ("RPM") on January 10, 2020.

3. The time for defendants Dryvit and RPM to answer, move or otherwise respond to the Complaint in this matter expires on January 30, 2020 and January 31, 2020, respectively.

- 2 -

4.      Defendants hereby request that the Clerk enter the annexed Order extending the time for defendants Dryvit and RPM to answer, move or otherwise respond to the Complaint for a period of fourteen (14) days, through and including February 13, 2020 and February 14, 2020, respectively.

Dated: January 28, 2020

                                                                                                         /s/ David N. Cohen
David N. Cohen (4287)
FISHKIN LUCKS LLP
Attorneys for Defendants
The Legal Center
One Riverfront Plaza, Suite 220
Newark, New Jersey 07102
(973) 536-2800
dcohen@FishkinLucks.com

## **ORDER**

The within application is GRANTED and it is ORDERED that the time within which defendants Dryvit Systems, Inc. and RPM International, Inc. may answer, move or otherwise respond with regard to plaintiff's Complaint is hereby extended for a period of fourteen (14) days, through and including February 13, 2020 and February 14, 2020, respectively.

WILLIAM T. WALSH, Clerk

Dated: _____   By: _____
                                                                              Deputy Clerk

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that on this date, a true copy of the within Application for Clerk's Order Pursuant to Local Civil Rule 6.1(b) with proposed Order was filed and served via ECF filing to the Clerk's Office, U.S. District Court, Newark vicinage.

Executed on January 28, 2020

                                           /s/ David N. Cohen
                                           David N. Cohen (4287)
                                           FISHKIN LUCKS LLP
                                           Attorneys for Defendants
                                           The Legal Center
                                           One Riverfront Plaza, Suite 220
                                           Newark, New Jersey 07102
                                           (973) 536-2800
                                           dcohen@FishkinLucks.com