# Fishkin Lucks

Andrew P. Fishkin, Esq.
afishkin@fishkinlucks.com

February 10, 2020

**via ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey – Newark
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    Acrocore Exterior Mouldings, LLC v. Dryvit Systems, Inc., et al.
             Civil Action No. 2:19-cv-22238 (ES)(MAH)

Dear Judge Hammer:

We represent defendants Dryvit Systems, Inc. and RPM International, Inc. (collectively, "Defendants") in this matter. We write to seek an Order extending Defendants' time to respond to the Complaint to February 20, 2020. Plaintiff's counsel has graciously consented to this extension.

Service of process was effectuated on Dryvit and RPM on January 9 and January 10, 2020, respectively. On January 28, 2020, Defendants applied, pursuant to L. Civ. R. 6.1(b), for the entry of an Order by the Clerk extending their time to respond to the Complaint by fourteen days. ECF No. 9. The Clerk granted that application, extending Dryvit's time to respond to February 13 and RPM's time to respond to February 14, 2020. No other application for extension has been made.

Thank you for your consideration.

Respectfully submitted,

s/ *Andrew P. Fishkin*
Andrew P. Fishkin


cc:    all counsel of record (via ECF)